**E-FILED**
Thursday, 01 September, 2016  04:06:58 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| WILLIAM LEE GRANT II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-CV- |
| | ) | |
| RICHARD ABEL KABAKER, | ) | |
| STATE OF ILLINOIS, UNITED | ) | |
| STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF REMOVAL

The United States of America, on behalf of the Defendant United States Department of Justice, respectfully represents that:

1.      To date, the Office of the United States Attorney for the Central District of Illinois has not been properly served with a summons and complaint in the case commenced by the Plaintiff, William Lee Grant II, against the Defendants, Richard Abel Kabaker, the State of Illinois and the United States Department of Justice in Case No. 2016 MR 000643 in the Circuit Court for the Seventh Judicial Circuit, Sangamon County, Illinois that is the subject of this Notice of Removal. See the Declaration of Gail Noll, the Chief of the Civil Division of the Office of the United States Attorney for the Central District of Illinois that is attached hereto as Exhibit 1.

2.      The Plaintiff has sent Assistant United States Attorney Gregory Harris in the Springfield, Illinois, office of the United States Attorney for the Central District of Illinois countless e-mails with countless attachments that are not included in this

disclosure of items received by the Office of the United States Attorney for the Central District of Illinois in this case.  Assistant United States Attorney Gregory Harris has no responsibility for this state court civil case filed by the Plaintiff, William Grant II, that is the subject of this removal.

3.    Pursuant to 28 U.S.C. § 1446(a), a notice of removal should be filed "together with a copy of all process, pleadings, and orders served upon all of the process, pleadings and orders served upon [the removing defendant] in such action." The United States has not been properly served with any process, pleading or order in Sangamon County Circuit Court Case No. 2016 MR 000643.  However, the Office of the United States Attorney for the Central District of Illinois has received the following documents attached hereto as Ex. 2 from sources other than from e-mails sent by the Plaintiff to Assistant United States Attorney Gregory Harris:

> A copy of the Complaint filed in Sangamon County Case No. 2016 MR 000643, a copy of a summons issued in that case not addressed to any specific defendant and a copy of an Order issued by the United States District Court in the case of William Lee Grant, II, Plaintiff v. Richard Abel Kabaker, et al, in its Case No. 16-CV-3132 that also has the file mark for this Sangamon County Circuit Court Case No. 2016 MR 000643.

4.    The Plaintiff states in the heading and in Part II D of his state court Complaint filed in this Sangamon County Circuit Court Case No. 2016 MR 000643 on July 22, 2016 (and docketed on August 9, 2016) that the United States Department of Justice is one of the named defendants in this state court case.

2

5.      Pursuant to 28 U.S.C. § 1442(a)(1), the United States of America may remove to this Court any state court proceeding that is either filed against or directed to either the United States or an agency or officer thereof (or any person acting under that officer).

6.      Therefore, in compliance with 28 U.S.C. § 1442(a)(1), the United States of America hereby removes to this Court the said Sangamon County Circuit Court Case No. 2016 MR 000643 because the United States Department of Justice is one of the named defendants therein. By filing this Notice of Removal, neither the United States of America nor the United States Department of Justice nor any other federal department, agency, official or employee waive any defenses including defenses to the personal jurisdiction of this Court over any federal entities or persons that they may have regarding the complaint being removed to this Court.

Respectfully submitted,

JAMES A. LEWIS
United States Attorney

By:     s/David H. Hoff
DAVID H. HOFF, Bar No. 1234072
Assistant United States Attorney
201 South Vine Street, Suite 226
Urbana, Illinois 61802
Telephone: 217/373-5875
Fax 217/373-5891
david.hoff@usdoj.gov

3

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September 2016, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system and that I mailed this document by the United States Postal Service to the following non CM/ECF participants:

William Lee Grant II, Plaintiff
901 Wythe Road
Springfield, IL 62702

Karen L. McNaught
Illinois Attorney General Bureau Chief
500 South Second Street
Springfield, IL 62701
As attorney for:
        Defendants
        Richard Abel Kabaker
        Attorney/Deputy Chief Counsel
        Illinois Department of Transportation
        And the State of Illinois

s/David H. Hoff
DAVID H. HOFF, Bar No. 1234072
Assistant United States Attorney
201 South Vine Street, Suite 226
Urbana, Illinois 61802
Telephone: 217/373-5875
Fax 217/373-5891
david.hoff@usdoj.gov