Honorable James E. Shadid
Chief United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, Illinois 61602

September 9, 2016

RE: 16-CV-3245 formerly 2016-MR-000643 Grant v Kabaker et al

To The Honorable Judge Shadid:

I am awaiting Judge Eric I. Long to sign the Default Judgment in Federal case 16-CV-3245.

The State of Illinois and the U.S. Department of Justice failed to plead. The U.S. Department of Justice filed a Notice of Removal. The Notice of Removal was not filed within 30 days of initial receipt of the Complaint. The U.S. Department of Justice failed to state the grounds on which Removal was sought.

The U.S. Department of Justice and the State of Illinois failed to respond to the Complaint pursuant to Federal Rule 81 (C)(2)(A) and Federal Rule 81 (C) (2)(C). The State of Illinois and U.S. Department of Justice cannot dispute the contents of the Complaint.

Illinois Governor Bruce Rauner bribed Rahm Emanuel to hide memos pertaining to national security while Rahm worked in the Clinton White House. Bruce Rauner then assisted Rahm in making $14 million in three years at a hedge fund. It was a bribe. Bruce Rauner then went on to make hundreds of millions of dollars from the War on Terror.

Hillary Clinton killed Vince Foster, former Clinton White House General Counsel. Hillary Clinton sent Ambassador J. Christopher Stevens to Libya without adequate security as a suicide mission. The Ambassador wanted to divert funding from Iran to Libya.

As Ms. Noll stated in her affidavit, I have sent Gregory K. Harris with the U.S. Attorney's Office thousands of emails. Ms. Noll did not include the fact that the Federal Bureau of Investigation, U.S. Department of Labor, Illinois Attorney General's Office, Speaker Michael J. Madigan's Office, and my former supervisor at the Illinois Department of Transportation were on the original email chain. The email chains grew to include more former and current employees of the State of Illinois. The emails and documents include information related to decades of fraud, waste, abuse, and criminal activity in Illinois. The contents of the emails include Gov. Pat Quinn laundering public funds through the Neighborhood Recovery Initiative. How Illinois Republicans sabotaged the Meritorious Good Time Push (MGT Push) Program in 2010 to hinder Gov. Quinn's chances of election in 2010, and to assist Republican Senator Bill Brady when the 2010 gubernatorial election. The emails contain information on contract fraud, personnel violations, and civil rights violations in the Illinois Department of Transportation.

My Federal Bureau of Investigation contact is David Harmon. Judge Tom Schanzle-Haskins has recused himself for he believes his wife, Ellen Schanzle-Haskins, will be called as a witness. I do not know what reason Judge Sue Myerscough gave as to her recusal. I worked with one of her daughters on the 2014 campaign for Governor Patrick J. Quinn. I've exchanged emails with former U.S. Attorney, Rodger Heaton, about Bruce Rauner funding terrorism.

Furthermore, Rodger Heaton told me in the kitchen of Greg Harris, "William, When state governments, the Federal government, and private entities enter into an action together to expose fraud, waste, and abuse, we enter a legal and ethical grey zone. We enter an even greater legal and ethical grey zone when certain crimes are allowed to be committed, certain ethical oaths are broken, and the prosecution of certain crimes are delayed when in an effort to expose greater fraud, waste, and abuse."

You may want to call the U.S. Attorney General, the FBI Director, and President Obama. Failure of the Default Order being signed today, and a first payment to be made to day will result in my seeking additional damages.

The message is: Democrats are United and Organized. Unions are United and Organized.

s/William Lee Grant II
William Lee Grant II
Plaintiff

cc:
David Hoff, U.S. Attorney's Office
Gail Noll, U.S. Attorney's Office
Greg Harris, U.S. Attorney's Office
Karen McNaught, Illinois Attorney General's Office
David Harmon, Federal Bureau of Investigation
Steve Brown, Office of Speaker Michael J. Madigan
John J. Cullerton, President of the Illinois Senate
Chad Fornoff, Executive Ethics Commission
Judge James I. Long, U.S. Department of Justice